# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2019

158369 & (27)(31)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RANDY SCOTT STEVENS,
      Defendant-Appellant.

SC: 158369
COA: 342643
Jackson CC: 13-003860-FC

_____/

      On order of the Court, the motions to supplement are GRANTED. The application for leave to appeal the August 24, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2019



Clerk

p0326